UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CUSTOM PRODUCE SALES, a California corporation; and BEACHSIDE PRODUCE, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>FRESHCO FOODSERVICE, INC, an Oregon corporation; and CHRISTOPHER KATHRENS, an individual,<br><br>Defendants. | Case No. 3:11-CV-875-KI<br><br>**SUPLEMENTAL JUDGMENT AND MONEY AWARD** |

On September 8, 2011, a Judgment and Money Award was entered against Defendants. On September 13, 2011, Plaintiffs filed a Motion for Attorney Fees pursuant to FRCP 54 and the terms of the invoices issued to Defendants. Having reviewed the Motion for Attorney Fees and the pleadings filed in support thereof;

IT IS HEREBY ORDERED AND ADJUDGED:

A Supplemental Judgment is granted in favor of Plaintiffs and against Defendants, which are jointly and severally liable, for the sum of $8,477.00 as set forth below:

///

///

///

## MONEY AWARD

| | | |
|---|---|---|
| A. | Judgment Creditor No. 1: | Custom Produce Sales<br>PO Box 977<br>Kingsburg, CA  93631-0977 |
| B. | Judgment Creditor No. 2: | Beachside Produce, LLC<br>PO Box 281<br>Guadalupe, CA  93434 |
| C. | Judgment Creditors' Attorneys: | Laura J. Walker<br>R. Brent Berselli<br>Cable Huston Benedict Haagensen & Lloyd, LLP<br>1001 SW Fifth Avenue, Suite 2000<br>Portland, Oregon 97204<br>(503) 224-3092 |
| D. | Person Other than Judgment Creditor Entitled to Any Portion of Judgment: | None |
| E. | Judgment Debtors: | Freshco Foodservice, Inc.<br>Chris Kathrens, Registered Agent<br>610 SE 6th Avenue<br>Portland, OR  97214<br>Tax ID No.:  Unknown<br><br>Christopher Kathrens, Individually<br>17430 SW 149th Terrace<br>Tigard, OR  97223<br>SSN No.:  Unknown<br>DOB:  Unknown |
| F. | Judgment Debtors' Attorney: | Unknown |
| G. | Attorney Fees: | $8,477.00 |

///

///

615940.doc

I.  Post-judgment interest:   At 18% per annum simple interest from date of entry until paid.

J.  SUPPLEMENTAL
    MONEY JUDGMENT:   $8,477.00

DATED: ~~September~~ OCT 5, 2011.

_____
Garr M. King
United States District Court Judge

SUBMITTED BY:

/s/ R. Brent Berselli
_____
Laura J. Walker, OSB No. 794329
R. Brent Berselli, OSB No. 092832
1001 SW Fifth Avenue, Suite 2000
Portland, OR  97204  (503) 224-3092
lwalker@cablehuston.com
bberselli@cablehuston.com
Of Attorneys for Plaintiffs