UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CUSTOM PRODUCE SALES, a California corporation; and BEACHSIDE PRODUCE, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>FRESHCO FOODSERVICE, INC, an Oregon corporation; and CHRISTOPHER KATHRENS, an individual,<br><br>Defendants. | Case No. 3:11-CV-875-KI<br><br>**SUPPLEMENTAL JUDGMENT AND MONEY AWARD** |

Based upon the Motion for Supplemental Award of Attorney Fees and Costs, the Affidavit of Laura J. Walker in Support of Motion for Supplemental Award of Attorney Fees and Costs and the record and pleadings filed herein;

IT IS HEREBY ORDERED AND ADJUDGED:

1. Supplemental Judgment is granted in favor of Plaintiffs Custom Produce Sales ("Custom") and Beachside Produce, LLC ("Beachside") and against Defendants, which are jointly and severally liable, for the sum of $8,555.01.

2. Plaintiffs are entitled to enforce the Perishable Agricultural Commodities Trust by any means authorized by applicable law and shall be entitled to post-judgment enforcement if Defendants fail to pay the Money Award amount set forth below.

## MONEY AWARD

| | | |
|---|---|---|
| A. | Judgment Creditor No. 1: | Custom Produce Sales<br>PO Box 977<br>Kingsburg, CA 93631-0977 |
| B. | Judgment Creditor No. 2: | Beachside Produce, LLC<br>PO Box 281<br>Guadalupe, CA 93434 |
| C. | Judgment Creditors' Attorneys: | Laura J. Walker<br>R. Brent Berselli<br>Cable Huston Benedict Haagensen & Lloyd, LLP<br>1001 SW Fifth Avenue, Suite 2000<br>Portland, Oregon 97204<br>(503) 224-3092 |
| D. | Person Other than Judgment Creditor Entitled to Any Portion of Judgment: | None |
| E. | Judgment Debtors: | Freshco Foodservice, Inc.<br>Chris Kathrens, Registered Agent<br>610 SE 6th Avenue<br>Portland, OR 97214<br>Tax ID No.: Unknown<br><br>Christopher Kathrens, Individually<br>17430 SW 149th Terrace<br>Tigard, OR 97223<br>SSN No.: Unknown<br>DOB: Unknown |
| F. | Judgment Debtors' Attorney: | Nicholas J. Henderson<br>Motschenbacher & Blattner LLP<br>117 SW Taylor Street, Suite 200<br>Portland, OR 97204<br>(503) 417-0508 |

G.   Attorney Fees:              $7,765.50

H.   Costs                       $  789.51

I.   Post-judgment interest:     At 18% per annum simple interest from date of entry until paid.

J.   CURRENT MONEY JUDGMENT: $8,555.01

DATED: June /_/, 2011.

/s/ Garr M. King
Garr M. King
United States District Court Judge

SUBMITTED BY:

/s/ Laura J. Walker
Laura J. Walker, OSB No. 794329
R. Brent Berselli, OSB No. 092832
1001 SW Fifth Avenue, Suite 2000
Portland, OR 97204   (503) 224-3092
lwalker@cablehuston.com
bberselli@cablehuston.com
Of Attorneys for Plaintiffs